UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

MAGGIE R. DeJONG, )
 )
    Plaintiffs, )
vs. ) Case No.: 3:22-CV-01124-NJR
 )
RANDALL G. PEMBROOK, )
JAMIE BALL, and )
MEGAN A. ROBB, )
 )
    Defendants. )

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Randall Pembrook, Jamie Ball, and Megan Robb ("Defendants"), by and through their attorneys TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C., submit this Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 8 and 12(b)(6) and SDIL – LR 7.1.

1. On May 31, 2022, Plaintiff filed a five-Count Complaint against Defendants all of whom were employed by Southern Illinois University in Edwardsville ("University").[1] Plaintiff sued Defendants in their individual capacities only. Doc. 1, ¶ 46.

2. Plaintiff seeks damages pursuant to 42 U.S.C. § 1983 and declaratory relief under 28 U.S.C. §§ 2201 and 2202.[2] *Id.*, ¶ 30, p. 50.

3. Although the crux of Plaintiff's lawsuit is buried in her 339-paragraph, 51-page labyrinthian Complaint, it appears to be that for a short time prior to her graduation, she, along with several other students, was given no-contact directives ("NCDs") by Defendant Ball

---

[1] Defendant former Chancellor Pembrook retired from the University on February 28, 2022.

[2] Count One alleges Violation of the First Amendment—Retaliation; Count Two alleges Violation of the First Amendment— Content and Viewpoint Discrimination; Count Three alleges Violation of the First Amendment— Prior Restraints; Count Four alleges Violation of the First Amendment—Overbreadth; and Count Five alleges Violation of the Fourteenth Amendment— Procedural Due Process and Void for Vagueness.

pending a brief 18-day University inquiry.  Plaintiff also complains about an email Defendant Robb sent on March 3, 2022, referencing an "investigation" (but not mentioning Plaintiff, nor accusing her of misconduct).  Most of Plaintiff's Complaint, however, is devoted to attacking various University Policies and seeking a declaration that the Policies violate the United States Constitution.  *Id.*, *passim*.

4. Plaintiff graduated from the University with her Master of Art Therapy degree prior to this suit being filed.  *Id.*, ¶ 33.

5. Plaintiff lacks standing to assert her claims for declaratory relief.  Moreover, any such claims are moot.  In any event, Plaintiff has only sued Defendants in their individual capacities and has thus failed to seek declaratory relief from a proper party.

6. Plaintiff's damage claims fare no better.  It is clear based upon Plaintiff's Complaint, including the numerous Exhibits appended thereto, that Defendants are entitled to qualified immunity from this lawsuit.

7. Defendants incorporate the accompanying Memorandum in Support of this motion.

WHEREFORE, for the reasons stated in this Motion and the accompanying Memorandum, Defendants respectfully request that this Court enter an order dismissing Plaintiff's Complaint with prejudice, entering Judgment in favor of Defendants and against Plaintiff on all Counts and claims, awarding Defendants their costs, and providing any other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.


By: *s/ Ian P. Cooper*
    Ian P. Cooper, #6191067
    Katherine L. Nash, #6279320
    34 N. Meramec Avenue, Suite 600
    St. Louis, MO  63105
    Tel: (314) 880-3600
    Fax: (314) 880-3601
    icooper@tuethkeeney.com
    knash@tuethkeeney.com

    ***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

Gregory R. Walters
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Tel: (480) 444-0020
Fax: (480) 444-0028
gwalters@ADFlegal.org

Michael J. Cork
ALLIANCE DEFENDING FREEDOM
754 N. Delaware St.
Indianapolis, IN 466220-2528
Tel: (314) 517-4217
cork0@icloud.com

Tyson C. Langofer
Matthew W. Hoffman
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
Tel: (571) 707-4655
Fax: (571) 797-4790
tlanghofer@ADFlegal.org
mhoffmann@ADFlegal.org

*Attorneys for Plaintiff*

*s/ Ian P. Cooper*