IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAGGIE R. DEJONG,<br><br>       Plaintiff,<br><br>v.<br><br>RANDALL PEMBROOK,<br>JAMIE BALL, and MEGAN A. ROBB,<br><br>       Defendants. | Case No. 3:22-CV-01124-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of June 27, 2023 (Doc. 38), reflecting the settlement between the parties, and the joint Stipulation of Dismissal dated July 26, 2023 (Doc. 39), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED:** July 27, 2023

                                                      MONICA A. STUMP,
                                                      Clerk of Court

                                                      By: *s/ Deana Brinkley*
                                                               Deputy Clerk

**APPROVED:** _/s/ Nancy J. Rosenstengel_
                       **NANCY J. ROSENSTENGEL**
                       **Chief U.S. District Judge**